UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hopeton Francis

_Write the full name of each plaintiff._

-against-

City of New York, Deputy Salmon, Nurse Administrator Mrs Colette, Captain John Doe, Officer Garcia

_Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV._

No. ____
(To be filled out by Clerk's Office)

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

RECEIVED PRO SE OFFICE APR 1 2024

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Hopeton    K    Francis
First Name    Middle Initial    Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

349 24 00607

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

E.M.T.C

Current Place of Detention

10-10 HAZEN STREET

Institutional Address

Queens    New York    11370
County, City    State    Zip Code

III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

Page 2

IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:
First Name: City    Last Name: of New York    Shield #:
Current Job Title (or other identifying information):
Current Work Address:
County, City:    State:    Zip Code:

Defendant 2:
First Name: MR    Last Name: SALMON    Shield #:
Current Job Title (or other identifying information): DEPUTY WARDEN
Current Work Address: 10-10 HAZEN STREET
County, City: Queens    State: New York    Zip Code: 11370

Defendant 3:
First Name: MRS    Last Name: Colette    Shield #:
Current Job Title (or other identifying information): NURSE ADMINISTRATOR
Current Work Address: 10-10 HAZEN STREET
County, City: Queens    State: New York    Zip Code: 11370

Defendant 4:
First Name: MR    Last Name: GARCIA    Shield #:
Current Job Title (or other identifying information): CORRECTION
Current Work Address: 10-10 HAZEN STREET
County, City: Queens    State: New York    Zip Code: 11370

## V. STATEMENT OF CLAIM

Place(s) of occurrence: E.M.T.C. 6 upper unit, 5 main unit

Date(s) of occurrence: 3/1/2024 and 3/12/2024

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On 3/1/2024 I (Hopeton Francis) had a mild heart attack on 6 upper unit. Medical Emergency called and medical unit responded. I was WALKED to medical unit on 1st floor. They (Nurses/Doctors) called outside paramedics because my blood pressure was extremely high. I was taken to bellevue and given lots of medicine and stabilized. Upon my release from Bellevue the escort officer took my discharge papers for safe keeping and somehow displace or lost them; To date NO adequate or accurate after care regarding said instructions from bellevue. Approximately 2 weeks after said incident (on 3/1/2024), I awoke at about 6 AM on 3/12/2024; bleeding profusely from my nose; Officer Caraballo had to take me to medical personally because they (medical Unit) refused to pick me up stating they had short on personnel and very busy;

Even after Officer Caraballo started cursing at them stating "The Inmate (Hopeton Francis) is bleeding all over the place. I again am forced to walk to medical unit where I fell upon arrival and continued bleeding profusely. I did survive however with much pain and blood everywhere.

INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I was Injured internally because of lack of after w(FALL RISK Bracelet in place) on left hand (BIG Yellow Band BOLD LETTER) Doctors cannot give me an honest answer as to what's wrong except saying it's WEIRD that much blood so the Doubled all my medications and gave me more different meds as well.

VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

I am requesting 1.3 million dollars and proper care from medical unit here on Rikers Island as well as outside facility when as needed. I have a FALL RISK Yellow Bracelet and is still in general population walking to medical unit ever day, sometime twice daily. Much RISK for fall, so unsafe procedure in place since 3.1.2024

Page 5

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 3-22-2024

Plaintiff's Signature: Hopton [signature]

First Name: Hopton   Middle Initial: K   Last Name: Francis

Prison Address: 10-10 Hazen Street

County, City: Queens   State: New York   Zip Code: 11370

Date on which I am delivering this complaint to prison authorities for mailing: _____

Page 6

    **CORRECTION DEPARTMENT**
**CITY OF NEW YORK**

**ACKNOWLEDGEMENT OF REQUEST FOR REASONABLE ACCOMMODATION**    

Form: 3502B
Eff. 3/11/22
Ref.: Dir. #3502R-B

| Incarcerated Individual's Last Name: | Incarcerated Individual's First Name: | Date: |
|---|---|---|
| FRANCIS | Hopeton | 3-25-24 |

| NYSID #: 04650753R | Book & Case #: 3492900607 | Facility: EMTC | Housing Area: 12m |

Note: Appropriate Department of Correction staff may assist an incarcerated individual in completing this form.
Below section to be completed by the Disability Rights Coordinator (DRC) or Deputy Warden for Programs

Acknowledgment:

Please be advised, the Disability Rights Coordinator has received your request for a "Reasonable Accommodation". Your request is being reviewed and you will be informed of the determination as soon as possible. Thank you.

_(M°Queen)_
_____ #18588

Signature of DRC or Deputy Warden of Programs

3-25-24
Date

Copies to: Incarcerated Individual, Incarcerated Individual's file, Counselling Services Unit, Deputy Warden for Programs, Disability Rights Coordinator

xx still in G.P. 3/27/20

Haston Francis
3424006O2
10-10 43rd Street
Queens East Elmhurst
11373

RECEIVED APR 1 2024 PRO SE OFFICE

Pro Se Intake Unit
500 Pearl Street
New York, NY 10007

USMP3 SDNY

