UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2024 JUN 24  AM 11: 12

Horton K. Francis

_____
Write the full name of each plaintiff.

24 cv 2530
(Include case number if one has been assigned)

-against-

City of New York
Nurse Administrator. Mrs Colatte
Captain Davis, Dept. W. Salmon
Officer Garcia

AMENDED
COMPLAINT
(Prisoner)

Do you want a jury trial?
☒ Yes   ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/20/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Hopeton _____ K _____ Francis _____
First Name          Middle Initial     Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

349 24 00607
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

(1500) N.I.C.
Current Place of Detention

1500 HAZEN Street
Institutional Address

Queens _____ New York _____ 11370
County, City         State                Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

Page 2

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: ____City____ ____of New York____ _____
First Name           Last Name           Shield #

_____
Current Job Title (or other identifying information)

_____
Current Work Address

_____
County, City          State           Zip Code

Defendant 2: ____Mr.____ ____Salmon____ _____
First Name           Last Name           Shield #

____Deputy Warden_____
Current Job Title (or other identifying information)

____10-10 Hazen Street_____
Current Work Address

____Queens____ ____N.Y.____ ____11370____
County, City          State           Zip Code

Defendant 3: ____Mrs.____ ____Colette____ _____
First Name           Last Name           Shield #

____Nurse Administrator_____
Current Job Title (or other identifying information)

____10-10 Hazen Street_____
Current Work Address

____Queens____ ____New York____ ____11370____
County, City          State           Zip Code

Defendant 4: ____Mrs.____ ____Davis____ _____
First Name           Last Name           Shield #

____Captain_____
Current Job Title (or other identifying information)

____10-10 Hazen Street_____
Current Work Address

____Queens____ ____New York____ ____11370____
County, City          State           Zip Code

Page 3

## IV. B. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: (5)

MR GARCIA
First Name / Last Name / Shield #

Correction Officer
Current Job Title (or other identifying information)

10-10 Hazen Street
Current Work Address

Queens / N.Y. / 11370
County, City / State / Zip Code

Defendant 2:

First Name / Last Name / Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City / State / Zip Code

Defendant 3:

First Name / Last Name / Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City / State / Zip Code

Defendant 4:

First Name / Last Name / Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City / State / Zip Code

Page 3

## V. STATEMENT OF CLAIM

Place(s) of occurrence: E.M.T.C. 6 upper unit / 5 main unit

Date(s) of occurrence: 3/1/2024 and 3/12/2024

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On 3/1/2024, I (Hopeton Francis) had a mild Heart attack on 6 upper unit. Medical Emergency called and medical unit responded. I was WALKED to medical unit on 1st floor. They (Nurses/Doctors) called outside Paramedics because my blood pressure was extremely high. I was taken to bellevue and given lots of medicine and stabilized. Upon my release from bellevue, the escort officer took my medical discharge papers for safe keeping and somehow displace or lost them. To date inadequate after care because of such. Approximately 2 weeks after said incident: 3-12-2024; I awoke at 6am bleeding from my nose profusely. Officer Carabello had to take me to medical area personally; because they (medical unit persons) refused to pick me up; stating they were short on personnel and very busy. Even after Officer Carabello started

Page 4

arguing stating "the inmate is bleeding all over the place. I am again forced to walk to medical unit", where I fell upon arrival. To date I am being treated after my fall and lots of difficulty there after.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I fell after walking to medical unit and to date being treated for infection suffered on right leg due to bruise upon falling igniting some sort of large bruise along w/ cane for support * permit included in this report

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

I am seeking 4.3 million dollars and assisted care upon release regarding follow-ups because permit for care and continued care ends 09/12/2024 (Begin date was 3/12/2024)

Also included is Hospital Tag noted MRN 1885828
Adm Date 3/1/2024
CSN 1429251391

Page 5

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 6/11/2024

Plaintiff's Signature: Hopeton Francis

First Name: Hopeton    Middle Initial: K    Last Name: Francis

Prison Address: 1500 Hazen Street

County, City: Queens    State: New York    Zip Code: 11370

Date on which I am delivering this complaint to prison authorities for mailing: 6/11/2024

Page 6

# HEALTH + HOSPITALS

| PATIENT NAME: HOPETON FRANCIS | FACILITY: EMTC |
|---|---|
| NYSID: 04850753R | BOOKCASE#: 3492400607 |

## DEPARTMENT OF CORRECTION

## NOTIFICATION OF PATIENT'S ADA CONSIDERATIONS

**Type of ADA Considerations:**

**Disabilities:**

**Assistive Device #1**: Cane

**Device #1 Start Date:** 03/12/2024   **Device 1 End Date:** 09/12/2024

**Assistive Device #2:**

**Device #2 Start Date:**   **Device #2 End Date:**

**Assistive Device #3:**

**Device #3 Start Date:**   **Device #3 End Date:**

**External Medical Devices:**

_Signature_

Ordering Provider: **Bernard Chukwuneke MD**
Print Name/Date/Time: **March 12, 2024 8:00 AM**
Printed By: Chukwuneke MD, Bernard

**If MO Housing Required:**

_Facility Name_

Dorm: _____    Cell: _____

3/12/24
Date

DOC Signature/Shield Number



# NYC HEALTH+ HOSPITALS

| **PATIENT NAME**: HOPETON FRANCIS | **FACILITY**: NIC |
|---|---|
| **NYSID**: 04850753R | **BOOKCASE#**: 3492400607 |

## DEPARTMENT OF CORRECTION COPY

### RECEIPT OF NOTIFICATION OF PATIENT NEED FOR SECURITY CONSIDERATIONS

**Type of Restraint Modifications required:**

No Rear Cuff

*One day only*

**Type of Magnetometer Alert:**

_____
*Signature*

Ordering Provider: **Christopher Tatem PA**
Print Name/Date/Time: **June 3, 2024 1:04 AM**
Printed By: **Njoku RN, Marcellus Onyedi**

AOw Stepple #49
DOC Signature/Shield Number

**If MO Housing Required:**

_____
*Facility*

Dorm: _____   Cell: _____

6/3/24
Date



(Francis v. City of New York et al
Re: 24 cv 2530
District Judge: Margaret M. Garnett
Magistrate Judge: Robert F. Lamofsky)

Pro Se T...
Room 130
Room 1000

USMS
SDNY

N.Y. N.Y.