Re. 24-cv-2530 (TO: CLERK OF Court)

Att: Muriel Gade-Trufant
/Jeffrey S. Danowitz

Re. Letter/request dating June 19, 2024

I Hopeton Francis have sent an amended complaint to Pro Se Intake unit. Please refer to said document. The amended document should further answer some of your questions; both individual were present in their official capacity and I am hoping all will be shown clearly at a Jury trial. Please accept my apology for any slowness. Thank you.

Hopeton Francis
3492400607

* I am also sending a copy of this document to Pro Se Intake clerk person. I will ask for lawyer representation to be clearer to you.

* This is copy for clerk of court office.

Hopeton Francis
3142410507
N.Y.C. Dept of Corr
E.C. HAZEN Street
500 Hazen Street
East Elmhurst 11370

USM P3 SDNY

PRO SE
Clerk (R-713)/24
SDNY PRO SE OFFICE
2024 AUG -1 AM 10:54
Re: 24-cv-02530
Att: Clerk of Court
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

MID ISLAND NY 117
26 JUL 2024 PM 7 L

RECEIVED
JUL 30 2024
CLERK'S OFFICE
SDNY