UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOPETON K. FRANCIS,

                Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                Defendants.

24-cv-02530 (MMG)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2024

MARGARET M. GARNETT, United States District Judge:

      On September 5, 2024, Defendants City of New York, Deputy Salmon, and Mrs. Colette filed a motion to dismiss the complaint.  *See* Dkt. No. 19.  Defendants filed a certificate of service indicating that they had served the motion papers on Plaintiff Francis.  *See* Dkt. No. 21.  It has come to the Court's attention, however, that the Book and Case Number and address listed on the docket for Plaintiff Francis are no longer accurate.  Therefore, it is possible that Plaintiff Francis has not received Defendants' motion to dismiss papers.

      Accordingly, the Clerk of Court is respectfully directed to change Plaintiff Francis' Book and Case Number to 3492403917,[1] to add Plaintiff Francis' NYSID, which is 04850753R, on the docket,[2] and to change Plaintiff Francis' address that is listed on the docket to Eric M. Taylor Center, 10-10 Hazen Street, East Elmhurst, NY 11370.[3]

      It is further ORDERED that Plaintiff Francis shall have until **December 3, 2024** to oppose Defendants' motion to dismiss.  The Clerk of Court is further directed to mail a copy of this Order and Defendants' motion to dismiss papers at Dkt. Nos. 19 and 20 to Plaintiff Francis' updated address, as specified in this Order.

Dated: October 23, 2024
       New York, New York

                                    SO ORDERED.

                                    MARGARET M. GARNETT
                                    United States District Judge

---

[1] The Book and Case Number that is currently listed on the docket (349 240 0607) is inaccurate.
[2] Plaintiff Francis does not have his NYSID on the docket.
[3] The address listed on the docket for Plaintiff Francis (1500 Hazen Street, East Elmhurst, NY 11370) is inaccurate.