UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOPETON K. FRANCIS,

                Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                Defendants.

24-CV-02530 (MMG)(RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

By Order of Reference dated December 9, 2024, Judge Margaret Garnett referred this case to me for general pretrial supervision. (ECF 28.) This action is scheduled for a telephonic status conference on **Friday, December 20, 2024, at 2:00 PM**.

It is hereby **ORDERED** that the Warden or other official in charge of the Eric M. Taylor Correctional Center produce plaintiff **Hopeton K. Francis, NYSID 04850753R, on December 20, 2024, no later than 2:00 p.m.,** to a suitable location within the Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and Defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-3840.

Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact the Eric M. Taylor Correctional Center to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date; and (3) dial into teleconference line at **(646) 453-4442, Access Code: 359 360 520#**, with Plaintiff on the line, at the time and date of the conference.

DATED:  December 12, 2024
           New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge