UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOPETON K. FRANCIS,
                  Plaintiff,

-against-                                  24-CV-02530 (MMG)(RFT)

CITY OF NEW YORK, et al.,                  **ORDER**
                  Defendants.

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On December 12, 2024 I scheduled this action for a telephonic status conference on **Friday, December 20, 2024, at 2:00 PM** and ordered the Warden or other official in charge of the Eric M. Taylor Correctional Center to produce Plaintiff. (ECF 29.) On December 17, 2024, Defendants filed a letter motion informing me that Plaintiff has been transferred to Ulster Correctional Facility ("Ulster") and requesting that I vacate my December 12, 2024 Order in light of this information. (ECF 30.)

Accordingly, Defendants' request is GRANTED. The December 12, 2024 Order is vacated and it is hereby **ORDERED** that the Warden or other official in charge of Ulster is directed to produce Plaintiff **Hopeton K. Francis, NYSID 04850753R, on December 20, 2024, no later than 2:00 p.m.,** to a suitable location within the correctional facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and Defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-3840.

Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact Ulster to arrange the call and determine the telephone number at which Plaintiff will be

reachable at the above time and date; and (3) dial into teleconference line at **(646) 453-4442, Access Code: 359 360 520#**, with Plaintiff on the line.

The Clerk of Court is respectfully directed to terminate ECF 30.

DATED:  December 17, 2024
          New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge