UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOPETON K. FRANCIS,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　-against-<br><br>CITY OF NEW YORK, et al.,<br><br>　　　　　　　　　　Defendants. | 24-CV-2530 (MMG) (RFT)<br><br>ORDER |

**ROBYN F. TARNOFSKY, United States Magistrate Judge**:

　　　　On April 2, 2024, pro se Plaintiff Hopeton K. Francis commenced this action against Defendants City of New York, Jerome Salmon, and Collette Raspanti (collectively, the "Defendants"). (*See* ECF 1.) On September 5, 2024, Defendants moved to dismiss the Complaint for failure to state a claim upon which relief can be granted. (*See* ECF 19; ECF 20.) Copies of the motion to dismiss and accompanying memorandum of law were mailed to Plaintiff. (*See* ECF 21.)

　　　　On October 23, 2024, Judge Margaret M. Garnett ordered that Plaintiff had until December 3, 2024, to file an opposition to Defendants' motion to dismiss. (*See* ECF 23.) On December 9, 2024, Judge Garnett referred this case to me for general pretrial purposes. (*See* ECF 28.) On December 20, 2025, I held a telephonic status conference in this action; at that conference I extended Plaintiff's deadline to file an opposition to the motion to dismiss to February 28, 2025, and I directed Defendants to file a reply, if any, by March 30, 2025. (*See* ECF 33.) To date, Plaintiff has not filed an opposition to the motion to dismiss.

I am nunc pro tunc extending Plaintiff's deadline to file an opposition to the motion to dismiss. It is **ORDERED** that Plaintiff shall file an opposition by **March 21, 2025**. It is **FURTHER ORDERED** that Defendants shall file their reply, if any, by **April 21, 2025**.

Dated: March 6, 2025
New York, NY

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge