Att: Clerk of Court

Re: 24-CV-02530
Re: RESPONSE TO motion by Defendants City of New York, et al...

RECEIVED MAR 25 2025 PRO SE OFFICE

1a. I Hopeton Francis had an incident at Rikers Island, 10-10 Hazen Street on or about March 1, 2024 and March 12, 2024. The incident was a heart attack which the Paramedics responding called a life threatening occurance. I Hopeton Francis was hooked up to machines (E.K.G. and others) and all the readings were spiking upwards from thereon. Including the observation by the Paramedics that the Patient Hopeton Francis is having difficulty breathing. The Paramedics then stated to Rikers Medical staff that Mr Hopeton Francis needed to be taken to bellevue Hospital Immediately. At that point; I Hopeton Francis was transported to bellevue and given care at bellevue Hospital.

1b. Before and during the Heart attack; I Hopeton Francis had told Officer Garcia of myself not feeling well. Officer Garcia's Response was for

me (Hopeton Francis) to "Lay DOWN and maybe you'll feel better." I then told Captain Davis that I had spoken to Officer Garcia earlier and recounted to her what we spoke about and how I felt at the time now speaking to her. Captain Davis said "Get some rest and maybe you'll feel better. Shortly there after the situation got worse with shortening of breath and tightness of my chest with pain constrictions. An Emergency medical was called and I was to be taken to the medical unit immediately. The escort officer (Officer Carabello) had to walk me (Hopeton Francis) to the medical unit and did not believe walking was okay because of situation at hand (NO transport vehicle available) but relented because he was told that I Hopeton Francis needed to be brought to medical unit immediately. I was brought to the medical unitt and Paramedics then took me (Hopeton Francis) to Bellevue Hospital Immediately. The transport officer lost my discharge papers from Bellevue Hospital with instructions for after care and I (Hopeton Francis) was returned to my unit with no after care instructions.

1c. Above 1a and 1b was first incident. The second incident occurred March 12, 2024; I awoke and was bleeding profusely. The officers on unit could not help me to stop the bleeding; An Emergency Medical was again called. No transport vehicle was available this time as well; so I (Hopeton Francis) had to be walked to medical unit while bleeding the entire walk. I fell upon my arrival at the medical unit and injured my right leg (calf area). I was given a cane and later medications more because my leg became infected because of a clot in my leg from the fall. Medical records can and will confirm all stated herein.

2a. The reason Mrs Colette Rasponti is named because she stated that with all my issues; I Hopeton Francis should be in N.I.C. Facility. I believe that Mrs Colette Rasponti was on call at 1 or both of my incidents. She (Mrs Rasponti) is or was Nurse Administrator Person and I believe responsible for her Team's actions. I ask that my medical Record be allowed for the timing of both these incidents and will clearly more accurately show all occurrances.


3a. I am a Brad-H client; and my medical record clearly state such nevertheless on another incident and time I am placed in C-76 10-10 Hazen street on or about October 3, 2024. I did not receive my medications until October 13, 2024 and my blood was not drawn until October 15, 2024. The entire time I am in population general without clearance medically. Whatever illness or disease went unchecked for that duration of time. No concern for staff, officers or other inmates for that matter. Because of all these concerns; I Hopeton Francis is asking the court for 4.5 million dollars or for a Jury Trial which I am hoping that there is some level of Depraved Indifferences and negligence in those incidents that will be shown.

Thank you
Respectfully

xx Date given to staff to be mailed is January 25, 2025 by way of Certified mailing procedure.

Hopeton Francis
24R3165

 **Corrections and Community Supervision**

**KATHY HOCHUL**
Governor

**DANIEL E. MARTUSCELLO III**
Commissioner

## PROGRAM RESTRICTIONS

NAME: _____ DIN: _____ DORM: _____ DATE: _____

DURATION: _____ START DATE AND TIME _____ STOP DATE AND TIME _____

DORM RESTRICTION   YES  OR  NO   (CIRCLE ONE)

CUBE RESTRICTION (COMPLETE BED REST), BATHROOM PRIVILEGES ONLY   YES  OR  NO   (CIRCLE ONE)

**A.  PHYSICAL LIMITATIONS:**

_____ ABLE TO PROGRAM WITHOUT RESTRICTION

_____ UNABLE TO LIFT GREATER THAN ____ 5LB ____ 10LB ____ 25LB

_____ UNABLE TO ____ SIT ____ STAND FOR MORE THAN ____ MINUTES

_____ UNABLE TO CLIMB STAIRS OR LADDERS/HEIGHTS

_____ SPORTS RESTRICTION: MAY NOT PARTICIPATE IN ACTIVE SPORTS

_____ RECREATION RESTRICTION: NO GYM ____ NO YARD ____

_____ MAY GO TO RECREATION AND OBSERVE OR WALK ONLY, BUT MAY NOT PARTICIPATE

_____ NO PUSHING / PULLING / BENDING / SHOVELING ACTIVITIES (I.E. RAKING, MOPPING, SWEEPING, OR HEAVY OUTDOOR WORK)

_____ OTHER _____

**B.  PROGRAM RESTRICTIONS:**

_____ NO ACADEMIC

_____ NO VOCATIONAL

**C.  INCARCERATED INDIVIDUAL SCREENED FOR MESSHALL PROGRAM:**

APPROVED _____   DISAPPROVED _____

_____
Signature of Medical Staff / Title / Provider Number

*Program Restrictions are subject to revocation at any time during the period at the discretion of the Health Unit. Any revisions or alterations require issuance of a new form. The incarcerated individual is required to produce a copy of the Program Restrictions form upon request by any employee to verify his excuse status. It is the incarcerated individual's responsibility to renew the Program Restrictions, as needed.

DISTRIBUTION:
ORIGINAL:  FILE IN MISC SECTION OF MEDICAL RECORD
COPY 1:    INCARCERATED INDIVIDUAL
COPY 2:    GUIDANCE UNIT/PROGRAM COMMITTEE AND FOOD SERVICES UPON REQUEST
COPY 3:    HOUSING UNIT
COPY ALL OTHER AREAS, AS NEEDED
GU061 (07/24)

Gouverneur Correctional Facility, 112 Scotch Settlement Road, P.O. Box 370, Gouverneur, NY 13642-0370 | (315) 287-7351 | www.doccs.ny.gov

GU038 (2/17)

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**GOUVERNEUR CORRECTIONAL FACILITY**
**MEDICAL DEVICE PERMIT**

_Francis, Hopkin_  _23\8\3\05_  _GB_
INMATE NAME            DIN                LOCATION

Has been issued the following item checked:

_____ Crutches

_____✓_____ Cane

_____ Contact Lenses

_____ Hearing Aid

_____ Brace (specify)

_____ Tens Unit

_____ Ace Bandage

_____ Bottom Bunk*

_____ CPAP

_____ Other: _____

NOTES: _____

ISSUE DATE: _11/10/25_

EXPIRATION DATE: _10/10/25_

_____        _____
        SIGNATURE                           TITLE

CC: Housing Unit
    Inmate Record
    Pop Control*

Hopeton
24R316
Gouverneur Corr. Fac.
P.O. Box 480
Gouverneur, New York 13642-0370

CERTIFIED MAIL
7022 3330 0001 9331 0140

RECEIVED
MAR 25 2025
PRO SE OFFICE

Att: Clerk o
Hon Robyn
United Sta
Southern D
500 P
New Yor