att: clerk of court                   **RESPONSE**

Re: 24-cv-02530
Re: Response to "motion to dismiss by Defendants, City of New York, et al..."

1a. I Hopeton Francis had an incident at RIKERS ISLAND, 10-10 HAZEN street on or about march 1, 2024 and march 12, 2024. The incident was a Heart attack which the Paramedics responding called a life threatening occurrence. I Hopeton Francis was hooked up to machines (E.K.G and others) and all the readings were spiking upwards from thereon. Including the observations by the Paramedics that the Patient Hopeton Francis is having difficulty breathing. The Paramedics then stated to Rikers Island medical staff that mr Hopoton Francis needed to be taken to Bellevue Hospital immediately. At that point; I Hopoton Francis was transported to Bellevue and given care at Bellevue Hospital

1b. Before and during the Heart attack; I Hopoton Francis had told officer Garcia of myself not feeling well. Officer Garcia's response was for me (Hopoton Francis)


to "Lay down and maybe you'll feel better". I then told Captain DAVIS that I had spoken to Officer Garcia earlier and recounted to her what we spoke about and how I felt at the time. now speaking to her. Captain Davis said "Get some rest and maybe you'll feel better". Shortly thereafter the situation got worse with shortening of breath and tightness of my chest, with pain constrictions. A medical Emergency was called and I was to be taken to the medical unit immediately. The escort Officer Carabello had to walk me (Hopeton Francis) to the medical unit and did not believe walking was a good idea at present time. He relented and walk me to the medical unit immediately. At the medical unit the Paramedics came and did their tests and took me to Bellevue. At the medical unit the staff stated there wer no transport Vehicle available. At Bellevue I got care and appropriate medications and was released to care of Rikers Island transport officers; upon my return to Rikers Island the Transport officer loot the discharge papers; so I was given no aftercare because no instructions available.

1c. Above 1a and 1b was first incident. The second incident occurred March 12, 2024; I awoke and was bleeding profusely. The officers on unit could not help me to stop the bleeding; An Emergency Medical was again called. No transport vehicle was available this time as well; So I (Hopeton Francis) had to be walked again to the medical unit while bleeding the entire walk. I fell upon my arrival at the medical unit and injured my right leg (calf area). I was given a cane and later more medications because my leg became infected because of a clot in my leg coming from the fall. Medical records can and will confirm all stated herein.

2a. The reason Mrs Colette Raspanti is named in this Document is because she stated "With all his (Hopeton Francis) issues he should be in N.I.C. Facility." I believe that Mrs Colette Raspanti was on Duty 1 or both of my incident. She (Mrs Colette Raspanti) is or was NURSE ADMINISTRATOR person and I believe responsible for her team's actions. I ask that my medical Records be allowed for the reference timing of

Both these incidents and said medical records will clearly more accurately show all occurrences.

3a. I am a Brad-H client; and my medical records will clearly state such; nevertheless on another incident and time I am placed again in C-76 10-10 Hazen Street on or about October 3, 2025. I did not receive my medications until October 13, 2024 and my blood was not drawn until October 15, 2025 again considering all my issues medically; I am in General Population without medical clearance. Whatever illness or disease I may or may not have/had went unchecked for that duration of time. That shows no concern for staff, Officers or other inmates for that matter. Because of all these concerns; I, Hopeton Francis is asking the court for 4.5 million Dollars or for a JURY TRIAL TO determine if there was some level of Depraved Indifference and or Negligence associated with these Incidents.

Thank you
Hopeton Francis

xxx Date sent to Court MARCH 14, 2025

5 of 2

24cv2530

ATT: Honorable ROBYN F. TARNOSKY   MAR. 14, 2025
United STATES MAGISTRATE JUDGE

YOUR HONOR:

I Hopeton Francis sent to you via CERTIFIED MAIL my response to Defendants motion to DISMISS on January 25, 2025. I have all my receipts regarding this matter. I was charged $8.95 for said mailing. I will send to the court all copies of this matter the week following March 20, 2025 because the Law Library at this Gouverneur Facility was closed and is said to reopen March 19, 2025.

RECEIVED MAR 25 2025 PRO SE OFFICE

Respectfully
Hopeton Francis
Thank you.

* This letter is sent to court March 14, 2025.

** Also included is a written copy of my response as instructed by the Judge. → Honorable ROBYN F. TARNOSKY

GOUVERNEUR CORRECTIONAL FACILITY
P.O. BOX 480
GOUVERNEUR, NEW YORK 13642-0370

NAME: Hopeton Francis DIN#: 24R3165

legal mail

Att: Honorable ROBYN F. TARNOFSKY
c/o Clerk of Court
United States District Court
500 Pearl Street
New York, NY 10007

RECEIVED
MAR 25 2025
PRO SE OFFICE

USM-SDNY