Att: Honorable ROBYN F. TARNOSKY.                3-21-2025
United States Magistrate Judge.

c/o Clerk of Court.

Your Honor; I Hopeton Francis is enclosing proof of statement that I adhered to your instructions regarding timely matters towards this complaint filed by myself. The copy of mail sent by way of certified mailing at this Facility Gouverneur that I am currently located. I further thank you for your tolerance regarding this matter. I made all efforts to do as you instructed; As you can see, I was charged twice for said mailing to you maam.

RECEIVED APR 01 2025 PRO SE OFFICE

I thank you
Respectfully
Hopeton Francis

xx Please continue to assist me by way of MR. Jimmy Taylor moving forward. He is good help.

**STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION**

## DISBURSEMENT OR REFUND REQUEST

CELL LOCATION: G-2-31

NAME: Hopkins Francis DATE: January 28 20 25

CODE TYPE: [illegible]

INCARCERATED INDIVIDUAL NUMBER: 24R3165

"SHORT NAME" (FIRST INITIAL, FIRST 3 OF LAST NAME): HFRA

CHECK/ORDER NUMBER (RIGHT ADJUSTED WITH LEADING ZEROS):

COMMISSARY PRODUCT GROUP:

AMOUNT $: 8.75

SENT TO CODE (SEE TABLE B-6):

ITEM DESCRIPTION: Certified mail

SENT TO OR PURCHASE FROM:

| LAST NAME | FIRST NAME | MI | SUFF |
|---|---|---|---|
| Hon. Robyn F. Tarnosky | | | |

| ADDRESS | APT. NO. |
|---|---|
| 500 Pearl St | |

| CITY | STATE | ZIP CODE |
|---|---|---|
| Manhattan | New York | 10007 |

**I HEREBY ACKNOWLEDGE EXPENDITURE OF THE AMOUNT TO BE DEDUCTED FROM MY INCARCERATED INDIVIDUAL ACCOUNT.**

APPROVED ______ (SOURCE AREA) DATE ______

APPROVED ______ (BUSINESS OFFICE) DATE ______

______ (INCARCERATED INDIVIDUAL SIGNATURE)

FORM 2706 (05/21) Original - Business Office Yellow - Approving Office Pink - Incarcerated Individual

---

FORM 2706 (09/21)

## GENERAL RECEIPT

G2 318

STATE OF NEW YORK
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**INCARCERATED INDIVIDUAL ACCOUNTING SYSTEM**

B 154647

DATE: [illegible]

DIN: [illegible]

"SHORT NAME": [illegible]

TOTAL AMOUNT $: [illegible]

CODE TYPE *: 3

FOR INCARCERATED INDIVIDUAL ______

$ ______ DOLLARS and ______ CENTS

I CERTIFY THESE AMOUNTS TO BE TRUE AND CORRECT (Employee Sign) ______

COMMENT: [illegible]

CODES *
03 Cash Surrender
04 Transferred Funds
05 Work Release
08 Deposit Interest
09 Bank Acct. Return
18 Miscellaneous

☐ Cash
☐ Check
☐ Money Order
☐ Post. Exp.

Number: [illegible]

DISTRIBUTION: ... BOOK ... INCARCERATED INDIVIDUAL

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

2-10-3165

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee $ 4.85

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ 4.10
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postmark Here

JAN 2025

G2 318

Postage $ 1.77

Total Postage and Fees $ 10.72

Sent To: Hon. Robyn F. Tarnosky

Street and Apt. No., or PO Box No.: 500 Pearl Street

City, State, ZIP+4®: New York N.Y. 10007

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7022 3330 0001 9331 0160

**GOUVERNEUR CORRECTIONAL FACILITY**
P.O. BOX 480
GOUVERNEUR, NEW YORK 13642-0370

NAME: Hopeton Francis  DIN#: 24R3165

RECEIVED
APR 01 2025
PRO SE OFFICE

To: Honorable ROBYN F. TAR
United States Magistrate
500 Pearl Street
New York, N.Y. 10007
%: clerk of court



Hi Pro Se!
Please upload on docket.
Thank you!