UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOPETON K. FRANCIS,<br><br>                              Plaintiff,<br><br>             -against-<br><br>CITY OF NEW YORK, et al.,<br><br>                              Defendants. | 24-CV-2530 (MMG) (RFT)<br><br>**<u>ORDER</u>** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge**:

This action is scheduled for a telephonic status conference on **June 11, 2025 at 4:00 PM**. Pro se Plaintiff and counsel for Defendants should be prepared to discuss the status of this action.

It is hereby **ORDERED** that the Warden or other official in charge of the Gouverneur Correctional Facility produce Plaintiff **Hopeton K. Francis, DIN 24R3165, NYSID 04850753R, on June 11, 2025, no later than 4:00 PM**, to a suitable location within the Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and Defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-3840.

Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact the Gouverneur Correctional Facility to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date; and (3) dial into the teleconference line at **(646) 453-4442, Access Code: 158 832 410 #**.

Dated: June 3, 2025
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge