UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOPETON K. FRANCIS,<br><br>         Plaintiff,<br><br> -against-<br><br>CITY OF NEW YORK, et al.,<br><br>         Defendants. | 24-CV-2530 (MMG) (RFT)<br><br>**<u>ORDER</u>** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge**:

  On June 3, 2025, I scheduled a telephonic status conference for June 11, 2025 at 4:00 PM. I directed the Warden or other official in charge of the Gouverneur Correctional Facility to produce Plaintiff for this conference. The Warden informed me that it would be unable to produce Plaintiff at that date and time.

  This conference is rescheduled for **June 11, 2025 at 2:00 PM**. Pro se Plaintiff and counsel for Defendants should be prepared to discuss the status of this action.

  It is hereby **ORDERED** that the Warden or other official in charge of the Gouverneur Correctional Facility produce Plaintiff **Hopeton K. Francis, DIN 24R3165, NYSID 04850753R, on June 11, 2025, no later than 2:00 PM**, to a suitable location within the Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and Defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-3840.

Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact the Gouverneur Correctional Facility to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date; and (3) dial into the teleconference line at **(646) 453-4442, Access Code: 158 832 410 #**.

Dated: June 9, 2025
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge