RECEIVED JUN 25 2025 PRO SE OFFICE

Sent June 19, 2025 1 of 2

Att: HONORABLE ROBYN F. TARNOSKY         June 19, 2025
United States Magistrate Judge

Re: 24-CV-02530

Dear Judge ROBYN F. TARNOSKY:

My name is Hopeton Francis, 24R3165. As you instructed; I am writing to you to convince you that this situation at hand is either illegal or wrong or has a degree of negligence that is clear. The only way that I can do so is for you to check my medical files from the dates of this incident(s). MARCH 1 2024, MARCH 12, 2024. My files I believe will clearly show that officials had enough information within my medical history (along with all my medications being administered); that there were risks at hand. I do not have the legal knowledge to quote any cases relating to my situation at hand. Also; I did ask for legal assistance (Hence Mr. Jimmy Taylor). I will again reach out to Mr. Jimmy Taylor for further assistance as he told me he cannot stand for me in court but only for advice.

I will ask MR Jimmy Taylor to refer me to Pro bono assistance as the court(s) can approve of. Also this STAY that you've Granted; I am asking: how long is that stay? I thank you for being as patience as you have and please consider is walking an individual having a Heart Attack the approximate lenght of a football field medically appropiate especially a 61 year old individual.

Respectfully
Hopeton Francis
24R-3165

I am asking that a Jury trial will clear or state any indifference or negligence.
Hopeton Francis
24 R3165

GOUVERNEUR CORRECTIONAL FACILITY
P.O. BOX 480
GOUVERNEUR, NEW YORK 13642-0370

NAME: Hopeton Francis   DIN#: 24R3165

Att: Honorable ROBYN F. TARNOSKY
United States District Court
Southern district of New York
500 Pearl Street
New York, NY 10007

