UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOPETON K. FRANCIS, <br><br> Plaintiff, <br><br> -against- <br><br> CITY OF NEW YORK, et al., <br><br> Defendants. | 24-CV-2530 (MMG) (RFT) <br><br> **<u>ORDER</u>** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge**:

      On June 30, 2025, I scheduled a telephonic status conference for July 7, 2025 at 10:30 AM. (ECF 54.) I directed the Warden or other official in charge of the Gouverneur Correctional Facility to produce Plaintiff for this conference. At the conference, counsel for Defendants informed my Courtroom Deputy that the Warden or other official in charge of the Gouverneur Correctional Facility would be unable to produce Plaintiff at that date and time because all available correctional officers were responding to other, potentially emergency, matters.

      The conference is rescheduled to **July 17, 2025 at 10:00 AM**. Pro se Plaintiff and counsel for Defendants should be prepared to discuss the status of this action.

      It is hereby **ORDERED** that the Warden or other official in charge of the Gouverneur Correctional Facility produce Plaintiff **Hopeton K. Francis, DIN 24R3165, NYSID 04850753R, on July 17, 2025, no later than 10:00 AM**, to a suitable location within the Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and Defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-3840.

      Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact the Gouverneur Correctional Facility to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date; and (3) dial into the teleconference line at **(646) 453-4442, Access Code: 638 263 161 #.**

Dated: July 7, 2025
      New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge