UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOPETON K. FRANCIS,

                Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                Defendants.

24-CV-2530 (MMG) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On June 12, 2025, I ordered that pro se Plaintiff file by July 11, 2025 a surreply in further opposition to Defendants' motion to dismiss, in which Plaintiff could address what he believes to be errors in Defendant's filings in support of their motion to dismiss. (*See* ECF 52, Order.) Plaintiff has not filed a surreply.

At the telephonic conference held on July 17, 2025, Plaintiff confirmed that he still intends to file a surreply. (*See* ECF 55, Order.) Accordingly, Plaintiff shall have until **August 1, 2025** to file a surreply, and if Plaintiff makes such a filing, Defendants shall have until **August 21, 2025** to file a sur-surreply in further support of the motion to dismiss.

Dated: July 18, 2025
       New York, NY

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge