Att: HONORABLE ROBYN F. TARNOSKY, July 25, 2025
United States Magistrate Judge.

Re: 24-cv-02530

Your Honor,

As you instructed me: This is information related to errors regarding STATEMENT of Facts as stated by counselor Jeffrey Danowitz.

Mr Jeffrey Danowitz stated that the time to events given rise to this action "Plaintiff was a pre-trial detainee of New York city DOC and housed at the NORTH Infirmary command unit." This is incorrect because this incident occurred at 10-10 Hazon Street. North Infirmary command unit is an entirely different building at different location. As such; this revelation clearly show that the court is proceeding on misstated facts which may render any or all action(s) within said time frame to be erroneous. If, then how can any ruling be accurate thereafter? Had counselor Jeffrey Danowitz been given accurate relevant

All relative proceedings to date would be different or not. Each building (unit) have it's own operating procedure(s). As such, each and every different situation would be handled differently according to the layout, structure and rules in each building (unit). I am sending an exact copy of this document to Counselor Jeffrey Danowitz as instructed by the HONORABLE ROBYN F. TARNOSKY. I truly hope that I am doing this correct as instructed by the Judge.

thank you

Hopeton Francis

also: I am hoping that when Discovery is enacted that all will be clearer and precise or as may be made more concise by Counselor Jeffrey Danowitz at an earliest date of his convenience.



GOUVERNEUR CORRECTIONAL FACILITY
P.O. BOX 480
GOUVERNEUR, NEW YORK 13642-0370
NAME: Hopeton Francis DIN#: 24R3165

RECEIVED
AUG 01 2025
PRO SE OFFICE

Att:
c/o
Honorable Robyn F. Tarnofsky
Clerk of Court
Pro Se Intake Unit
500 Pearl Street.
New York, NY. 10007

SYRACUSE NY 130
29 JUL 2025 AM 3 L

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
INCARCERATED INDIVIDUAL CORRESPONDENCE PROGRAM

NAME: Hopeton Francis    DIN: 24R3165