UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOPETON K. FRANCIS,

                      Plaintiff,

       -against-

CITY OF NEW YORK, et al.,

                    Defendants.

24-CV-2530 (MMG) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    Counsel shall by **September 25, 2025** file a letter on the docket with an update on the status of his efforts to identify Captain Davis and Officer Garcia.

Dated: September 9, 2025
       New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge