

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JEFFREY S. DANTOWITZ
phone: (212) 356-0876
jdantowi@law.nyc.gov
(not for service)

September 25, 2025

**VIA ECF**
Hon. Robyn F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, New York 10007

    Re:    Francis v. City of New York *et al*.,
               No. 24-cv-02530 (MMG)(RFT)

Dear Judge Tarnofsky:

        This office represents Defendants City of New York, Salmon and Raspanti (collectively, "Defendants") in this action. I write pursuant to Your Honor's Order of September 9, 2025 (ECF No. 60) to report on the status of my efforts to identify "Captain Davis" and "Officer Garcia."

        I am pleased to report that in reviewing its records, the Department of Correction ("DOC") has identified "Officer Garcia." Because there are at least two female captains named "Davis" who were assigned to Plaintiff's housing area on the dates of the underlying incidents, it has not yet identified this defendant with certainty. However, DOC anticipates it will be able to identify the correct individual within the next week, at which time I will advise the Court and provide Plaintiff with their names and service addresses

    Thank you for your consideration of the foregoing.

                             Respectfully,

                             /s/ Jeffrey S. Dantowitz

                             Jeffrey S. Dantowitz
                             Assistant Corporation Counsel

cc: Hopeton Francis
    24 R 3165
    Gouverneur Correctional Facility
    P.O. Box 480
    Gouverneur, NY 13642-0370