UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOPETON K. FRANCIS,

                    Plaintiff,

      -against-

CITY OF NEW YORK, et al.,

                    Defendants.

24-CV-2530 (MMG) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      On October 10, 2025, I issued a report and recommendation in this matter, which was addressed to pro se Plaintiff and mailed to the Gouverneur Correctional Facility. (ECF 62.) My courtroom deputy informed me that Plaintiff is no longer incarcerated at Gouverneur Correctional Facility and has been out on parole since October 2, 2025.

      Defendants' counsel is ORDERED to make best efforts to locate Plaintiff's current address and to file a letter on the docket by **October 29, 2025** that informs the Court of the results of those efforts.

Dated: October 22, 2025
       New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge