UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOPETON K. FRANCIS,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>CITY OF NEW YORK, et al.,<br><br>　　　　　　　　　　　Defendants. | 24-CV-2530 (MMG) (RFT)<br><br>**<u>ORDER</u>** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge**:

　　On October 10, 2025, I issued a report and recommendation to Judge Garnett to (1) grant Defendants' motion to dismiss Plaintiff's complaint and (2) grant Plaintiff leave to file a second amended complaint. (ECF 62, Report & Recommendation.) The report and recommendation stated that objections, if any, were due within 14 days of service. (*Id.*) On October 10 and October 14, 2025, the Court mailed copies of the report and recommendation to the Gouverneur Correctional Facility, where Plaintiff had been incarcerated. My courtroom deputy subsequently informed me that Plaintiff was out on parole. (ECF 63, Order.) On October 22, 2025, I ordered Defendants to make best efforts to inform the Court of Plaintiff's new mailing address. (*Id.*) Defendants provided two new addresses for Plaintiff, and I requested that the Clerk of Court mail copies of the October 10, 2025 report and recommendation to those two addresses. (ECF 65, Order.) The report and recommendation was mailed again on October 30, 2025.

　　Because Plaintiff did not reside at the Gouverneur Correctional Facility when the Court first sent the report and recommendation, I do not understand Plaintiff to have been served with the report and recommendation. Allowing five days for mailing, I conclude that service on

Plaintiff will be complete on November 4, 2025. Accordingly, Plaintiff has until **November 18, 2025** to file any objections to my report and recommendation. Any request for an extension of that deadline should be addressed to Judge Garnett. Defendant's deadline for objecting was October 24, 2025.

Dated: October 31, 2025
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge