UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOPETON K. FRANCIS,

                Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                Defendants.

24-CV-2530 (MMG) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On October 29, 2025, Defendant informed the Court of two addresses associated with pro se Plaintiff, after Plaintiff left prison and has been out on parole. (*See* ECF 65, Order.) On October 31, 2025, I extended Plaintiff's deadline to file any objections to the October 10, 2025 report and recommendation until November 18, 2025. (ECF 66, Order.) On November 3, 2025, my chambers mailed copies of the October 10, 2025 report and recommendation and the October 31, 2025 order to each of the two addresses identified by Defendant. On November 19, 2025, one of the two envelopes was returned to the Court. The Clerk of Court also informed me that the Court has not received any objections from Plaintiff.

A telephonic conference is scheduled for **Wednesday, December 17, 2025 at 11:00 a.m.** Plaintiff and Counsel for Defendants should be prepared to discuss the status of the case. The parties are directed to join the conference at the scheduled time. Please dial **(646) 453-4442, Access Code: 947 323 221 #**. A copy of this order will be mailed to the address associated with Plaintiff from which the Court did not receive returned mail.

Dated: November 20, 2025
       New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge