UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| HOPETON K. FRANCIS, |
| Plaintiff, |
| -against- |
| CITY OF NEW YORK, et al., |
| Defendants. |

24-CV-2530 (MMG) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge**:

A telephonic status conference was scheduled in this case for December 17, 2025 at 11:00 AM. (ECF 67.) My courtroom deputy mailed copies of the order scheduling the conference to Plaintiff at: (1) 400 East 30th Street, New York, New York 10016, and (2) 330 West 36th Street, Room 307, New York, New York, 10018, which were provided to the Court by Corporation Counsel after Plaintiff was released from incarceration. (ECF 64.) The mail to the first address was not returned as undeliverable. Nevertheless, Plaintiff did not appear. The conference was adjourned after 15 minutes. It is rescheduled for **January 20, 2026 at 11:00 AM**. Pro se Plaintiff and counsel for Defendants are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 947 323 221 #**.

Plaintiff is reminded of his obligation to keep the Court updated as to his current address and to attend all scheduled conferences (or request that the conference be rescheduled). Failure to appear at conferences or any other failures to comply with Court orders may lead me to recommend to Judge Garnett that she dismiss this case because you are no longer participating in the case.

If Plaintiff has questions about this Order, filing papers in this judicial district, or any procedural matters, he should contact the Court's Pro Se Intake Unit at (212) 805-0175. Filings made by any self-represented party should go to the Pro Se Intake Unit by email (ProSe@nysd.uscourts.gov) or by mail or hand delivery (Pro Se Intake Unit, 500 Pearl Street, Room 205, New York, NY 10007). In-person appointments in the Thurgood Marshall Courthouse in Manhattan are available Monday through Thursday from 10:00 a.m. to 4:00 p.m. Appointments are also available remotely Monday through Friday from 10:00 a.m. to 4:00 p.m.

The Clerk of Court is respectfully requested to update the pro se plaintiff's address on the case docket to 400 East 30th Street, New York, NY 10016.  A copy of this order will be mailed to that address by Chambers.

Dated: December 17, 2025
     New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge