UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOPETON K. FRANCIS,

                              Plaintiff,

            -against-

CITY OF NEW YORK, et al.,

                              Defendants.

24-CV-2530 (MMG) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On October 29, 2025, Defendants informed the Court of two addresses associated with pro se Plaintiff after Plaintiff's release from prison earlier in October. (*See* ECF 64, Letter.) My courtroom deputy mailed copies of the report and recommendation filed at ECF 62 to both addresses that Defendants provided, and since then both sets of mail have been returned to the Court.

Defendants' counsel is ORDERED to make best efforts to locate Plaintiff's current address and to file a letter on the docket by **January 6, 2026** that informs the Court of the results of those efforts.

Dated: December 23, 2025
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge