UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOPETON K. FRANCIS,

                Plaintiff,

    -against-

CITY OF NEW YORK, et al.,

                Defendants.

24-CV-2530 (MMG) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On October 10, 2025, I issued a report and recommendation that the operative complaint should be dismissed without prejudice to Plaintiff's filing a second amended complaint. (ECF 62.) The report and recommendation was mailed to Plaintiff at the Gouverneur Correctional facility. My courtroom deputy subsequently informed me that Plaintiff was out on parole. (ECF 63.) On October 22, 2025, I ordered Defendants to make best efforts to identify a new mailing address for Plaintiff and to inform the Court. (*Id.*) Defendants provided two new addresses for Plaintiff, and I requested that the Clerk of Court mail copies of the October 10, 2025 report and recommendation to those two addresses. (ECF 65.) The report and recommendation was mailed again on October 30, 2025. (ECF 66.) The mailings to the two new addresses were returned as undeliverable. On December 5, 2025, Judge Garnett adopted the report and recommendation and directed the parties to address a schedule for Plaintiff to file a second amended complaint at a telephonic conference I had scheduled for December 17, 2026. (ECF 68.) Plaintiff did not appear at the telephonic conference as required, and I rescheduled the conference for January 20, 2026. (ECF 69.) I again ordered Defendants to make best efforts to inform the Court of a new address for Plaintiff. (ECF 70.) Defendants' counsel reported that

Plaintiff had not reported to his parole officer and that Plaintiff was considered to have absconded; counsel further reported that the approved addresses for Plaintiff continued to be the addresses previously provided to the Court and that Plaintiff was not residing in a NYC Department of Homeless Services shelter. (ECF 71.) Plaintiff did not appear at the telephonic conference as required on January 20, 2026.

Plaintiff is ORDERED to file a second amended complaint by **January 30, 2026**. Plaintiff is reminded of his obligation to keep the Court updated as to his current address, to comply with all Court orders, and to attend all scheduled conferences (or request that the conference be rescheduled). Failure to appear at conferences or any other failures to comply with Court orders may lead to dismissal of this case for failure to participate in the litigation. To be clear, failure by Plaintiff to file a second amended complaint by **January 30, 2026** may result in dismissal of this case.

Dated: January 21, 2026
New York, NY

SO ORDERED,

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**